1   JEROME C. ROTH (SBN 159483)
    MUNGER, TOLLES & OLSON LLP
2   560 Mission Street
    Twenty-Seventh Floor
3   San Francisco, CA  94105-2907
    Telephone:     (415) 512-4000
4   Facsimile:     (415) 512-4077
    *jerome.roth@mto.com*

5
    Attorneys for Defendant
6   LG. PHILIPS LCD AMERICA, INC.

7

8

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  Candace Rowlette, a Florida resident; and       CASE NO.  C 07-00039 (SI)
    Michael Francis Ayers, a Massachusetts
14  resident, on behalf of themselves and all others  **STIPULATION FOR EXTENSION OF**
    similarly situated,                               **TIME**

15                  Plaintiff,                        Honorable Susan Illston

16        vs.

17  LG. Philips LCD Co. Ltd., LG. Philips LCD
    America, Inc.; Samsung Electronics Co. Ltd.;
18  NEC Corporation; NEC Electronics America,
    Inc.; NEC LCD Technologies Ltd.; Hitachi
19  Ltd; Hitachi Displays, Ltd.; Hitachi Electronics
    Devices (USA), Inc.; Hitachi America Ltd.;
20  International Display Technology Co., Ltd.;
    International Display Technology USA Inc;
21  Sanyo Epson Imaging Devices Corporation;
    Sharp Corporation; Sharp Electronics
22  Corporation; Toshiba Corporation; Toshiba
    Matsushita Display Technology Co. Ltd.; AU
23  Optronics Corp.; AU Optronics Corporation
    America; Chi Mei Optoelectronics; Chi Mei
24  Optoelectronics USA, Inc.; Chunghwa Picture
    Tubes, Ltd.; Hannstar Display Corporation,
25
                    Defendants.
26

27

28

    1237314.2
                                           STIPULATION FOR EXTENSION
                                          OF TIME  CASE NO. CV 07-00039 (SI)

1          WHEREAS plaintiff filed a complaint in the above-captioned case on or about

2    January 4, 2007;

3          WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid

4    Crystal Display ("LCD") products;

5          WHEREAS more than fifteen complaints have been filed to date in federal district

6    courts throughout the United States by plaintiffs purporting to bringing class actions on behalf of

7    indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively,

8    "the LCD Cases");

9          WHEREAS there is a motion pending before the Judicial Panel on Multidistrict

10   Litigation to transfer the LCD Cases to the Northern District of California for coordinated or

11   consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

12         WHEREAS plaintiff anticipates the possibility of Consolidated Amended

13   Complaints in the LCD Cases;

14         WHEREAS plaintiff and LG Philips LCD America, Inc. ("LPL America") have

15   agreed that an orderly schedule for any response to the pleadings in the LCD Cases would be

16   more efficient for the parties and for the Court;

17         WHEREAS plaintiff agrees that the deadline for LPL America to respond to the

18   Complaint shall be extended until the earlier of the following two dates:  (1) forty-five days after

19   the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after

20   plaintiff provides written notice to LPL America that he does not intend to file a Consolidated

21   Amended Complaint, provided that such notice may be given only after the initial case

22   management conference in the MDL transferee court in this case;

23         WHEREAS plaintiff further agrees that this extension is available, without further

24   stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of

25   their intention to join this extension;

26         WHEREAS this Stipulation does not constitute a waiver by LPL America or any

27   defendant of any defense, including but not limited to the defenses of lack of personal or subject

28

1    matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper

2    venue.

3              PLAINTIFF AND DEFENDANT LPL AMERICA, BY AND THROUGH THEIR

4    RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

5              1.     The deadline for LPL America to respond to the Complaint shall be

6    extended until the earlier of the following two dates (1) forty-five days after the filing of a

7    Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff

8    provides written notice that he does not intend to file a Consolidated Amended Complaint,

9    provided that such notice may be given only after the initial case management conference in the

10   MDL transferee court in this case.

11             2.     This extension is available, without further stipulation with counsel for

12   plaintiff or further order of the Court, to all named defendants who notify plaintiff in writing of

13   their intention to join this extension.

14             IT IS SO STIPULATED.

15

16   DATED: January 12, 2007                    Respectfully submitted,

17                                              MUNGER, TOLLES & OLSON LLP

18

19                                              By:              /s/ *Jerome C. Roth*
                                                         JEROME C. ROTH
20                                                       Attorneys for Defendant
                                                       LG.PHILIPS LCD AMERICA, INC.
21
     Of Counsel:
22
     Michael R. Lazerwitz
23   Jeremy J. Calsyn
     Lee F. Berger
24   CLEARY GOTTLIEB STEEN &
       HAMILTON LLP
25   2000 Pennsylvania Avenue, NW
     Washington, DC  20006
26   Telephone:    (202) 974-1500
     Facsimile:    (202) 974-1999
27

28

     1237314.2                          -2-              STIPULATION FOR EXTENSION
                                                        OF TIME   CASE NO. C 07-00039 (SI)

1  DATED: January 12, 2007                    FURTH LEHMANN & GRANT LLP

2

3                                             By:         /s/ *Jon T. King*
                                                   MICHAEL P. LEHMANN
4                                                   THOMAS P. DOVE
                                                CHRISTOPHER L. LEBSOCK
5                                                     JON T. KING
                                                   Attorneys for Plaintiffs
6                                               CANDACE ROWLETTE and
                                                MICHAEL FRANCIS AYERS
7

8

9

10 PURSUANT TO STIPULATION,  IT IS SO
   ORDERED:
11
   Dated: _____         _____
12                                           Honorable Susan Illston
                                        Judge of the United States District Court
13
                                CERTIFICATION
14

15 I, Jerome C. Roth, am the ECF User whose identification and password are being used to file this

16 Stipulation For Extension Of Time.  In compliance with General Order 45.X.B, I hereby attest

17 that Jon T. King has concurred in this filing.

18

19

20

21

22

23

24

25

26

27

28

1237314.2                          -3-          STIPULATION FOR EXTENSION
                                                OF TIME   CASE NO. C 07-00039 (SI)